IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-426 (BMS) |
| | ) | |
| KARBON ARMS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for admissions *pro hac vice* of Edward A. Pennington, Esquire, and John P. Moy, Esquire of Murphy & King, P.C. to represent Defendant Karbon Arms, LLC in this matter. In accordance with the Court's Standing Order for District Court Fund effective July 23, 2009, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

/s/ *Pilar G. Kraman*
John W. Shaw (No. 3362)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
pkraman@ycst.com

Dated: July 18, 2011            *Attorneys for Karbon Arms, LLC*

## **ORDER**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Edward A. Pennington and John P. Moy is GRANTED.

Dated: _____     _____
                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Virginia, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 18, 2011

_____
Edward A. Pennington
MURPHY & KING, PC
1055 Thomas Jefferson Street, NW
Washington, DC 20007
(202) 403-2101 (direct)
(202) 429-4380 (fax)
eap@murphyking.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the District of Columbia, New York, and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 18, 2011

John P. Moy
MURPHY & KING, P.C.
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Tel: (202) 403-2100
jpm@murphyking.com

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on July 18, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey L. Moyer, Esquire
> Kelley E. Farnan, Esquire
> Laura D. Hatcher, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
> *moyer@rlf.com*
> *farnan@rlf.com*
> *hatcher@rlf.com*

I further certify that on July 18, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

> Chad S. Campbell, Esquire
> Aaron H. Matz, Esquire
> Perkins Coie LLP
> 2901 N. Central Avenue
> Suite 2000
> Phoenix, AZ  85012-2788
> *CSCampbell@perkinscoie.com*
> *AMatz@perkinscoie.com*

> YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
> */s/ Pilar G. Kraman*
> John W. Shaw (No. 3362)
> jshaw@ycst.com
> Pilar G. Kraman (No. 5199)
> pkraman@ycst.com
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19899
> (302) 571-6600
> *Attorneys for Defendant*