IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TASER INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-426-RGA |
| ) | |
| KARBON ARMS, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT

WHEREAS, Plaintiff TASER International, Inc. ("TASER") has alleged that Defendant Karbon Arms, LLC ("Karbon Arms") infringes: (a) claim 2 of U.S. Patent No. 6,999,295 ("the '295 patent"); (b) claims 1, 9, 10, 11, 40 and 41 of U.S. Patent No. 7,782,592 ("the '592 patent"); and (c) claims 7, 8, 9, 10, 12, 15, 18-27, 28 and 29-37 of U.S. Patent No. 7,800,885 ("the '885 patent") (collectively, the "Asserted Claims");

WHEREAS, Karbon Arms has asserted that it does not infringe any of the asserted claims of the '295, '592 or '885 patents;

WHEREAS, Karbon Arms has asserted that the '295, '592 and '885 patents are invalid pursuant to 35 U.S.C. §103;

WHEREAS, the Court has found that Karbon Arms infringes claim 18 of the '885 patent (D.I. 175);

WHEREAS, a 5-day trial is scheduled to being on January 13, 2014; and

WHEREAS, the parties desire to avoid a trial and have agreed to stipulate to judgment on the outstanding issues;

THIS COURT ADJUDGES AND DECREES AS FOLLOWS:

1. Karbon Arms has made, used, sold, and offered to sell MPID and MPID-C conducted electrical weapons (the "Accused Products") in the United States since November 11, 2010. The Accused Products include four representative MPIDs bearing the following serial numbers: KA2106, KA2015, KA00876 and KA00887 (collectively, the "Representative Accused Products"). The Representative Accused Products embody all the features, including any changes or modifications, of the Accused Products from November 11, 2010 to the present.

2. Since November 11, 2010, the Accused Products have been designed and manufactured in accordance with the following schematics produced in this case: KADE061828 (Display and power switch PWA schematic), KADE061829 (Laser PWA schematic), KADE061830 (HVU schematic), KADE061831 (DC-to-DC power supply schematic) and KADE061832 (HVU micro-controller PWA schematic).

3. From November 11, 2010 to the present, each Accused Product made, used or sold by Karbon Arms has contained one of the following source code files: KA-145-6702-LS-A3-K310-690-proB.pbp, KA-145-6701-LS-D5-Main-uC-USA-690-ProB.pbp, KA-145-6705-LS-D3-Gun-TWA-690.pbp or KA-145-6705-LS-D3'-Gun-TWA-690.pbp (collectively, the "MPID Source Code").

4. The Accused Products infringe the Asserted Claims of the '295, '592 and '885 patents.

5. The '295, '592 and '885 patents are valid and enforceable.

6. TASER is awarded $2,385,366 in damages owing to Karbon Arms' infringement by making, using and selling the Accused Products.

7. Karbon Arms shall provide notice of this Stipulated Judgment and the Permanent Injunction to any person or entity listed in Paragraph 5 of the Permanent Injunction within the timeframe set forth in the Permanent Injunction.

8. Karbon Arms shall provide counsel for TASER with written notice of each notice provided pursuant to Paragraph 5 of the Permanent Injunction within 35 days of entry of the Permanent Injunction.

9. Post-Judgment interest will accrue on the damages award at the legal rate.

10. The parties consent to the Court's entry of the Permanent Injunction attached hereto as Exhibit A.

11. Karbon Arms, together with current and former officers, agents, members, managers, parents, subsidiaries, affiliates, shareholders, directors, predecessors, successors, assigns, servants, employees, consultants, engineers, and attorneys, hereby waives any and all rights to appeal this Stipulation and Final Judgment and the Permanent Injunction.

12. This Stipulation and Final Judgment is intended to preclude any challenge to the validity of the '295, '592, or '885 patents in future litigation over the Accused Products or different products.

13. The Court shall retain jurisdiction over Karbon Arms and its current and former officers, agents, members, managers, parents, subsidiaries, affiliates, shareholders, directors, predecessors, successors, assigns, servants, employees, consultants, engineers, and attorneys to enforce any and all aspects of this Final Judgment.

14. Each party shall bear its own costs and attorneys' fees.

CONSENTED TO:

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Jeffrey L. Moyer (No. 3309)
Chad M. Shandler (No. 3796)
Kelly E. Farnan (No. 4395)
Jason J. Rawnsley (No. 5379)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for TASER International, Inc.*

Dated: January 10, 2014

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Pilar G. Kraman
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for Karbon Arms, LLC*

SO ORDERED this 10th day of January, 2014.

_____
United States District Judge